FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN M. WASSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHLAND; BENTON COUNTY DISTRICT COURT; BENTON COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | No. 4:18-cv-005002-SAB<br><br>**ORDER CLOSING FILE** |

On August 8, 2019, the Court entered an Order dismissing Plaintiff's Complaint with leave to amend within 30 days. ECF No. 8. Plaintiff was informed that failure to do so will result in the dismissal of this action. Plaintiff has failed to file an Amended Complaint.

//
//
//
//
//
//
//
//

**ORDER CLOSING FILE ~1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED, without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** the file.

**DATED** this 11th day of March 2020.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE ~2**